IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| INTERACTIVE GROUP LIMITED, | : | Civil Action No.: 12-01761-LFR |
| | : | |
| Defendant. | : | |

## LAW OFFICE OF JASON RABINOVICH, PLLC'S AND JASON RABINOVICH'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO DEFENDANT, INTERACTIVE GROUP LIMITED

The Law Office of Jason Rabinovich, PLLC and Jason Rabinovich, Esquire, hereby move the Court for leave to withdraw as counsel to Defendant Interactive Group Limited ("Interactive"). In support of its motion, the undersigned state as follows:

1. Plaintiff filed its complaint in this action on April 6, 2012.

2. On or about July of 2013, Defendant Interactive retained the undersigned as its counsel.

3. Since being retained as Defendant Interactive's counsel, the undersigned has experienced significant difficulty in communicating with Interactive, which is located outside of this country, to the best of the undersigned's knowledge and information.

4. The undersigned has been unable to communicate with Defendant Interactive for over sixty days as of the date of this filing, despite numerous attempts by the undersigned.

5. Furthermore, as of the date of this filing, the undersigned firm and counsel are owed money for legal bills by Defendant Interactive.

6. The undersigned firm and attorney will experience a substantial financial burden should the undersigned be forced to continue litigating this matter without being compensated for said services.

7. These proceedings are still at an early stage where Defendant Interactive may obtain new counsel without experiencing any burden or prejudice.

8. The undersigned firm and counsel are unable to represent Defendant Interactive because of the lack of communication between the parties.

9. Plaintiff will not be prejudiced by the undersigned firm withdrawing from this matter.

10. A proposed order for the Court's signature is attached below.

WHEREFORE, the undersigned firm and counsel request that this Court enter the accompanying Order.

Respectfully submitted,
**Law Office of Jason Rabinovich, PLLC.**


By:___*/s/ Jason Rabinovich*_____
Jason Rabinovich, Esq.
Identification No.: 308167
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel: (267) 423-4130
Fax: (610) 862-3764

Dated: March 18, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| INTERACTIVE GROUP LIMITED, | : | Civil Action No.: 12-01761-LFR |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this            day of                              , 2014, upon consideration of the Motion of Law Office of Jason Rabinovich, PLLC and Jason Rabinovich, Esquire, for Leave to Withdraw as counsel for Defendant, Interactive Group Limited ("Interactive"), and any response thereto, it is hereby ORDERED and DECREED that said motion is GRANTED.

It is further ORDERED and DECREED that Law Office of Jason Rabinovich, PLLC's and Jason Rabinovich, Esquire's appearances in this matter are hereby WITHDRAWN.

                                **BY THE COURT:**

                                _____

                                                **J.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2014, a true and correct copy of the foregoing was sent via the Court's CM/ECF system to:

NATHANIEL METZ
SAUL EWING LLP
1200 LIBERTY RIDGE DR
SUITE 200
WAYNE, PA 19087-5569
Email: nmetz@saul.com

AMY S. KLINE
SAUL EWING LLP
1200 LIBERTY RIDGE DR
SUITE 200
WAYNE, PA 19087-5569
Email: akline@saul.com


By:___*/s/ Jason Rabinovich*_____
Jason Rabinovich, Esq.