IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| INTERACTIVE GROUP LIMITED, | : | NO. 12-1761 |
| | : | |
| Defendant. | : | |

## AMENDED JUDGMENT

AND NOW, this 29th day of May, 2014, it is hereby **ORDERED** that **JUDGMENT** is

**ENTERED** in favor of QVC, Inc., and against Interactive Group Limited, in the amount of

$1,047,876.05, where said amount includes prejudgment interest.

This Judgment amends and replaces the Judgment entered in this matter on April 11,

2014 (ECF No. 41).


BY THE COURT:

_____
L. Felipe Restrepo
United States District Court Judge